# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Brayan Alberto GARCIA-HOY<br>a/k/a: Brayan GARCIA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       6:24-mj- 1222<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See below__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) & (b)(2) | Illegal reentry into the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Annotti, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: March 1, 2024

_____
Judge's signature

City and state: Orlando, FL

DAVID A. BAKER, United States Magistrate Judge
Printed name and title

STATE OF FLORIDA                             CASE NO. 6:24-mj-1222

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 20 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about January 26, 2024, the Melbourne Police Department (MPD) arrested Brayan Alberto GARCIA-HOY, a/k/a Brayan GARCIA, and booked him into the Brevard County Jail (BCJ) based on state criminal charge(s) of (1) false imprisonment, (2) hinder with communication information to LEO, (3) battery – domestic violence, (4) false ID given to LEO, and (5) resist officer without violence (case: 052024CF013082). Following his arrest, the BCJ booking system automatically forwarded GARCIA-HOY's information to the ACRIMe (Alien Criminal Response Information Management System) national database.

4. On January 26, 2024, DO Daniel Velez identified GARCIA-HOY's information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Velez filed an ICE immigration detainer on GARCIA-HOY with the BCJ.

5. On January 26, 2024, DO Velez contacted the Florida Department of Law Enforcement (FDLE), Biometric Service Section, and requested/received GARCIA-HOY's fingerprints relating to the BCJ booking on January 26, 2024. On February 1, 2024, DO Velez submitted this set of fingerprints to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match GARCIA-HOY and his unique

FBI number. DO Velez forwarded GARCIA-HOY's case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6. A review of various databases and ICE records disclosed that GARCIA-HOY has an Alien File Number (A xxx xxx 264). He was born in 1997, in Puerto Cortes, Cortes, Honduras. He is a citizen of Honduras and not a citizen of the United States. On August 27, 2015, GARCIA-HOY was administratively ordered deported/removed from the United States to Honduras. GARCIA-HOY was physically removed from the United States to Honduras on October 22, 2015.

7. GARCIA-HOY has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

8. A criminal history check revealed that GARCIA-HOY was convicted of robbery with a firearm, an aggravated felony violation of Florida law, on March 12, 2015; he was sentenced to 2 years' imprisonment within the Florida Department of Corrections with credit for 524 days spent in the county jail (case 062013CF013919).

9. Based on the foregoing, there is probable cause to believe that on or about January 26, 2024, GARCIA-HOY was found to be in the United

States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(2).

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Affidavit submitted by email and attested to me as true and accurate by telephone or video conference consistent with Fed.R.Crim. P. 41(d)(3) this  1st  day of March, 2024.

_____
DAVID A. BAKER
United States Magistrate Judge

4